IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,      No. CIV-S-98-1322 MCE/GGH P

    Plaintiff,

  v.                             ORDER

EDWARD PADAOAN, ET AL.,

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1 Defendants have filed objections to the findings and
2 recommendations to which plaintiff has filed a reply.
3    In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the court finds the findings and recommendations to
7 be supported by the record and by proper analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.  The findings and recommendations filed July 1, 2005 are
10 adopted in full; and
11    2.  Defendants' October 19, 2004 amended motion to dismiss
12 for failure to exhaust administrative remedies is denied and
13 defendants are directed to file an answer within thirty days from
14 the date of this order.
15 DATED: September 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE