BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5288
  Fax:  (916) 324-5205

Attorneys for Defendants Padaoan, Riggins, Montano, Hasan and Shah
CA1999CX0026

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHALIFAH E.D. SAIF'ULLAH,** | 2:98-cv-1322 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD PADAOAN, et al.,** | |
| Defendants. | |

    Defendants' first request for an enlargement of time to file a dispositive motion in this matter was considered by this Court, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants have until October 2, 2006, to file a dispositive motion.

DATED: 8/28/06               /s/ Gregory G. Hollows
                                                   U.S. MAGISTRATE JUDGE

saif1322.po