1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | DAVID A. CARRASCO
Supervising Deputy Attorney General
5 | MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
8 |  Fax: (916) 324-5205
Attorneys for Defendants Hasan, Montano, Padaoan,
9 | Riggins and Shah

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHALIFAH E.D. SAIF'ULLAH,** | 2:98-cv-1322 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD PADAOAN, et al.,** | |
| Defendants. | |

The Court has considered Defendants' motion to vacate the pretrial and trial dates pending a decision on their motion for summary judgment, and good cause showing, the deadlines for filing of the parties' pretrial statements, the pretrial conference, scheduled for December 8, 2006, and the trial date, scheduled to begin February 14, 2007, are vacated. These dates shall be rescheduled, if need be, after a decision is rendered on Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: 12/4/06                    /s/ Gregory G. Hollows
                                              U.S. MAGISTRATE JUDGE

saif1322.po3

[Proposed] Order

1