IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,   No. 98-cv-01322-MCE-GGH P

    Plaintiff,

  vs.   ORDER

EDWARD PADAOAN, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 24, 2007, are adopted in full;

2. Defendants' October 12, 2006, motion to dismiss is denied;

3. Defendants' motion for summary judgment, filed on October 12, 2006, is denied as to defendants Padaoan and Riggins on the First Amendment free exercise and retaliation claims, and summary judgment is granted as to defendants Montano, Hasan and Shah;

4. This case shall proceed to trial against defendants Padaoan and Riggins.

Dated:  September 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE