IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,     No. 98-cv-01322-MCE-GGH P

    Plaintiff,

  vs.     AMENDED ORDER

EDWARD PADAOAN, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  A prior order, filed on September 20, 2007, adopting the findings and recommendations, mistakenly indicated that neither party had filed objections.  However, while defendants did not file objections, plaintiff did file timely objections.  This error arose due to the Clerk's Office delay in entering plaintiff's objections in the case docket until October 10, 2007.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1. The findings and recommendations filed August 24, 2007, are adopted in full;

7    2. Defendants' October 12, 2006, motion to dismiss is denied;

8    3. Defendants' motion for summary judgment, filed on October 12, 2006, is
9 denied as to defendants Padaoan and Riggins on the First Amendment free exercise and
10 retaliation claims, and summary judgment is granted as to defendants Montano, Hasan and Shah;

11    4. This case shall proceed to trial against defendants Padaoan and Riggins.

Dated: October 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2