IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

Plaintiff, No. CIV S-98-1322 MCE GGH P

vs.

EDWARD PADAOAN, et al.,

Defendants. ORDER

_______________________________/

In reviewing the pretrial statements of the parties, plaintiff's pretrial statement appears deficient in several respects. For example, plaintiff has failed to identify any exhibits he might intend to offer at trial. Nor has he set forth undisputed facts or disputed factual issues. He does not address the relief he seeks at trial.[1] Moreover, while, in their pretrial statement, defendants indicate that they are amenable to engaging in settlement negotiations, plaintiff has made no reference to whether or not he would consider a settlement conference.

In light of defendants' willingness to proceed by way of settlement negotiations, plaintiff is encouraged to consider that avenue of resolution of this matter and will be afforded an

[1] Of course, any claims for injunctive relief are no longer at issue in light of the resolution of the Mayweathers v. Terhune, CIV-96-1582 LKK JFM P, class action, and this matter proceeds only as to plaintiff's claim for money damages.

opportunity, within fifteen (15) days from the filed date of this order, to inform the court whether he would be willing to participate in a settlement conference.

In any event, plaintiff must, at a minimum, within fifteen days, identify any exhibits which he might seek to offer at trial. Should he fail to do so, plaintiff will not be permitted to offer exhibits at trial. In addition, plaintiff must inform the court, within fifteen days, of any objection he might have to the participation at trial of his anticipated inmate witness, Charles Collins, CDC# H-15678, by way of video-conferencing rather than in-person courtroom appearance. Inmate Collins is the sole incarcerated witness[2] plaintiff has named and for whom plaintiff seeks a court order for permission for this individual to testify at trial.

IT IS SO ORDERED.

DATED: 01/31/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
saif1322.ord

[2] Plaintiff anticipates witness testimony from two other witnesses, but they appear to be individuals who are not incarcerated and who have agreed to appear voluntarily.