IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,
aka FERNANDO JACKSON,

      Plaintiff,                    No. CIV S-98-1322 MCE GGH P

  vs.

EDWARD PADOAN, et al.,

      Defendants.              <u>ORDER</u>

                              /

      Plaintiff is a prisoner with counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. This matter currently is set for a settlement conference on June 26, 2008. On June 19, 2008, plaintiff's counsel filed a motion for plaintiff to be present at the settlement conference.

      Plaintiff's counsel asserts that in order for the settlement conference to be as productive as possible, plaintiff should be present. Defendants have not opposed the motion. Because counsel cannot enter into an agreement without plaintiff's consent and telephonic communication is difficult because plaintiff is confined in prison, the court finds that plaintiff's presence during the settlement conference is necessary.

////

////

1   Accordingly, it is ORDERED that plaintiff's June 19, 2008, motion is granted and the
2 court will issue a *writ of habeas corpus ad testificandum* pursuant to 28 U.S.C. 2241(c)(5).
3 Dated: June 23, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE