# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH, AKA
FERNANDO JACKSON,

       Plaintiff,                   No. CIV S-98-1322 MCE GGH P

  vs.

EDWARD PADAOAN, et al.,

       Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

       Khalifah E.D. Saif'ullah aka Fernando Jackson, inmate # C-14257, a necessary and material witness in proceedings in this case on June 26, 2008, is confined in California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696-4000, in the custody of Warden D.K. Sisto. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 25, United States Courthouse, 501 I Street, Sacramento, California on June 26, 2008, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum by fax to the Warden, California State Prison Solano at telephone number (707) 454-3205 and the Out-to-Court Desk at (707) 454-3221.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden D.K. Sisto, California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696-4000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 23, 2008.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE