IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH, aka
FERNANDO JACKSON,

        Plaintiff,                     No. CIV S-98-1322 MCE GGH P

    vs.

EDWARD PADAOAN, et al.,         ORDER RE SETTLEMENT & DISPOSITION

        Defendants.
_____/

       Pursuant to the representations of counsel for the parties at a Settlement Conference conducted on June 26, 2008, the court has determined that the above-captioned case has settled.

       The court now orders as follows:

       1. Not later than July 15, 2008, the parties shall execute and file the Settlement Agreement, as memorialized on the record at the June 26, 2008, Settlement Conference;

       2. Dispositional documents are to be filed not later than ninety (90) days thereafter; and

       3. All hearing dates set in this matter are **VACATED.**

////

////

////

////

1

1   FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4   IT IS SO ORDERED.
5   DATED: June 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2