IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

        Plaintiff,                No. CIV S-98-1322-MCE-GGH P

   vs.

EDWARD PADAOAN, et al.,

        Defendants.        ORDER

_____/

        Defendants have requested an extension of time to file dispositional documents pursuant to the court's order of June 30, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendants' October 14, 2008, motion for an extension of time (Docket #89) is granted; and

        2.  Defendants have until December 22, 2008, to file dispositional documents.

DATED: 10/21/08

                /s/ Gregory G. Hollows

                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:cm
saif1322.36